**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Dean Garrett, Jr., | No. CV-20-00203-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| State of Alabama, et al., | |
| Defendants. | |

Before the Court is Plaintiff Larry Dean Garrett, Jr.'s ("Plaintiff") Motion for Extension of Time ("Motion") (Doc. 56). Plaintiff seeks an extension of time but provides no explanation for his request. In light of the Court's April 14, 2022 Order (the "Order"), the Motion is denied. As indicated in the Order, Plaintiff must file a response to Defendant's Motion for Summary Judgment, together with supporting affidavits or other appropriate exhibits and a separate Statement of Facts, no later than **May 14, 2022**. Defendant may file a reply within fifteen (15) days after service of Plaintiff's response. The Motion for Summary Judgment will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Accordingly,

**IT IS ORDERED DENYING** Plaintiff's Motion for Extension of Time (Doc. 56).

Dated this 15th day of April, 2022.

_____
Honorable John C. Hinderaker
United States District Judge